IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-310 |
| CHRISTINE JOHNSON-WILSON | : | |

## ORDER

AND NOW, this 1st day of July, 2015, upon consideration of the Government's Motion to Dismiss Counts Nine, Ten, Twenty-Four and Twenty-Five of the Indictment, it is hereby

**ORDERED**

that Counts Nine, Ten, Twenty-Four and Twenty-Five of the Indictment at Criminal Number 13-310 as to defendant Christine Johnson-Wilson is dismissed without prejudice.

BY THE COURT:

_Joel Slomsky_
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*